■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE JOHNSON, Appellant. [639 NYS2d 723]

The record indicates that the police interaction with the defendant was justified at its inception and reasonably limited in scope at each step in response to the circumstances presented (*see, People v De Bour,* 40 NY2d 210; *People v Chism,* 194 AD2d 351; *People v Martinez,* 80 NY2d 444; *People v Boodle,* 47 NY2d 398, *cert denied* 444 US 969). Accordingly, the Supreme Court properly denied suppression of the physical evidence. Mangano, P. J., Bracken, Copertino and Pizzuto, JJ., concur.